**No. 55051.**—Terrazzo & Marble Supply Co., Inc. v. United States, protest 152346–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of travertine stone similar in all material respects to that the subject of Abstract 53963, the claim of the plaintiff was sustained.

**No. 55052.**—William L. Marshall, Ltd. v. United States, protest 162633–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1950

**No. 55053.**—Walter Kocher et al. v. United States, protests 111516–K, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than ⁹/₁₀ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

DECEMBER 28, 1950

**No. 55054.**—SUIT 4641.—Border Brokerage Company v. United States.—

—C. D. 1205. (Appeal dismissed September 29, 1950.)